# United States Court of Appeals
## For the First Circuit

No. 26-8042

JEREMY M. STINSON,

Petitioner,

v.

STATE OF NEW HAMPSHIRE,

Respondent.

Before

Barron, Chief Judge,
Montecalvo and Rikelman, Circuit Judges.

**JUDGMENT**

Entered: September 28, 2026

Petitioner Jeremy Stinson has filed directly in this court a "Petition for Review," in which he states that he "petitions the court for review of the Order of the New Hampshire Supreme Court Cases 2026-0021 and 2024-0004." Petitioner also has tendered a packet of documents related to state court proceedings.

The state court decisions petitioner cites in the "Petition for Review" are not subject to direct appellate review in this court. See generally 28 U.S.C. § 1257. Consistent with Federal Rule of Appellate Procedure 22(a), we transfer petitioner's filings to the District Court for the District of New Hampshire for potential consideration as a habeas petition pursuant to 28 U.S.C. § 2254 or as some other filing entertainable by the district court. We leave all relevant issues for determination by the district court in the first instance, including the proper construction of the filings and the question whether further transfer might be in order.

In accordance with the foregoing, petitioner's filings in this court are transferred to the District Court for the District of New Hampshire.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Tracy Uhrin, Clerk
Jeremy M. Stinson
John M. Formella